United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BLANCA CARRERA and RAMON CUETO, § § Plaintiffs, § § VS. § ALLSTATE VEHICLE AND PROPERTY § INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 1:24-CV-172 |

## ORDER

Plaintiffs Blanca Carrera and Ramon Cueto filed this action, alleging violations of the Texas Insurance Code, fraud, and other related claims. On November 27, 2024, Defendant Allstate Vehicle and Property Insurance Company removed the case to this Court based on diversity jurisdiction. (*See* Notice of Removal, Doc. 1) On April 15, 2025, Plaintiffs' counsel was permitted to withdraw from the case. (Order, Doc. 19) Since that time, Plaintiffs have failed to attend multiple status conferences and failed to make required filings. (*See* Report and Recommendation, Doc. 32, 2)

In October 2025, a United States Magistrate Judge issued a Notice and Order (Doc. 29), scheduling a hearing and requiring Plaintiffs to appear personally to show cause why their claims should not be dismissed with prejudice for want of prosecution and failure to comply with the court's Orders. Plaintiffs failed to appear at the scheduled hearing. The Magistrate Judge issued a Report and Recommendation (Doc. 32), recommending that Plaintiffs' claims be dismissed with prejudice. (R&R, Doc. 32) No party filed objections.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), Advisory Comm. Note (1983). The Court has reviewed the Report and Recommendation and finds no clear error within it.

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 32).  It is:

**ORDERED** that under Federal Rule of Civil Procedure 41(b), Plaintiff Blanco Carrera and Ramon Cueto's causes of action are **DISMISSED** with prejudice for want of prosecution.

Each party shall bear its own fees and costs.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on February 23, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge